IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:18-cv-00440-SWW |
| | * * | |
| WALLACE TRANSMISSION AND AUTO REPAIR INC. and AMOS WALLACE, | * * * * | |
| Defendants. | * | |

## ORDER

Pursuant to the notice of voluntary dismissal [doc.#6] filed by Texas Guaranteed Student Loan Corporation, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of July 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE